**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLAUDE M. MITCHELL, | ) | 1:06-cv-1742 OWW WMW |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE AND ORDER TO |
| v. | ) | SHOW CAUSE |
| | ) | |
| GOLDEN VALLEY HEALTH CENTERS and | ) | Further Scheduling |
| MELHAM A. DANDAN, M.D., | ) | Conference and Order to |
| | ) | Show Cause Hearing Date: |
| Defendants. | ) | 4/23/07 10:00 Ctrm. 3 |
| | ) | |

**I.  Date of Scheduling Conference.**

    **April 5, 2007.**

**II. Appearances Of Counsel.**

    **Plaintiff did not appear.**

    **Kristi Culver Kapetan, Esq., Assistant United States Attorney, appeared on behalf of Defendants.**

**III. Status of Case.**

    **1.  The government counsel reports that there has been no contact nor activity of any kind in this case from the Plaintiff.**

    **2.  A pending Motion to Dismiss will be heard April 23, 2007.**

    **3.  The Court orders that an Order to Show Cause why this**

action should not be dismissed for his failure to prosecute and to obey rules of this Court by not appearing at the Scheduling Conference and not preparing a Joint Scheduling Report shall be heard April 23, 2007, at 10:00 a.m. at which time Claude M. Mitchell shall show cause, if any he has, why this case should not be dismissed for his failure to prosecute and failure to obey orders of the Court.

IT IS SO ORDERED.

Dated:    April 10, 2007                      /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE