IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MITCHELL,              ) | No. CV-F-06-1742 OWW/WMW |
|                               ) | |
|                               ) | ORDER TO PLAINTIFF TO SHOW |
|                               ) | CAUSE ON APRIL 23, 2007 WHY |
|            Plaintiff,         ) | ACTION SHOULD NOT BE |
|                               ) | DISMISSED FOR FAILURE TO |
|      vs.                      ) | PROSECUTE |
|                               ) | |
|                               ) | |
| GOLDEN VALLEY HEALTH CENTERS, ) | |
| et al.,                       ) | |
|                               ) | |
|                               ) | |
|            Defendant.         ) | |
|                               ) | |
|                               ) | |

Plaintiff did not appear at the scheduling conference held on April 5, 2007.  Plaintiff also has not timely filed any opposition or statement of non-opposition to the United States' motion to dismiss or for summary judgment filed on March 19, 2007 and set for hearing on April 23, 2007.

Plaintiff is ordered to appear on April 23, 2007 in Courtroom 3 and show cause why this action should not be dismissed because of Plaintiff's failure to prosecute.

///

1

1  IT IS SO ORDERED.

2  **Dated:    April 11, 2007**                              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE